# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OCTAVIO LUNA, NIRBHAY SINGH, JON BENSON, DENISE ARMAS-CARL, MILLICENT LOYARTE, JONATHAN MONROE, JIM BIRKS, ROY BELLAMY, ED SIREGER AND JENNIFER ATKINS,<br><br>　　　　　Defendants. | NO. CV 06-6961 DSF (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records and files herein, and the Magistrate Judge's Amended Report and Recommendation. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. Plaintiff's Motion for Partial Summary Judgment is DENIED.

2. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claims under 42 U.S.C. § 1983.

3. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claims under state law.

4. Plaintiff's state law claims are DISMISSED with prejudice.

5. Plaintiff's claims for injunctive and declaratory relief are DISMISSED as moot.

6. Judgment shall be entered in favor of the Defendants and against Plaintiff on the entire Complaint. Plaintiff's entire Complaint shall be dismissed with prejudice.

7. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and counsel for Defendants.

DATED: 8/5/10

                           DALE S. FISCHER
                           UNITED STATES DISTRICT JUDGE