# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY LOWELL ENDSLEY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>OCTAVIO LUNA, NIRBHAY SINGH,<br>JON BENSON, DENISE ARMAS-CARL,<br>MILLICENT LOYARTE, JONATHAN<br>MONROE, JIM BIRKS, ROY BELLAMY,<br>ED SIREGER AND JENNIFER ATKINS,<br><br>　　　　　Defendants. | NO. CV 06-06961 DSF (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　Judgment is hereby entered in favor of the Defendants and against Plaintiff on the entire Complaint. Plaintiff's Complaint shall be dismissed with prejudice.

DATED: 8/5/10

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE